UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARIANA LUCERO, M.D.,

    Plaintiff,

v.

MARJORY HOMAN,

    Defendant.

NO. CV-06-0244-RHW

**ORDER GRANTING AGREED MOTION FOR CHANGE OF VENUE TO THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

Before the Court is the parties' Agreed Motion for Change of Venue to the U.S. District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404(b) (Ct. Rec. 6). The motion was heard without oral argument.

The parties agree that because Defendant is a resident of the Western District of Washington, the Western District of Washington is the appropriate venue to hear Plaintiff's cause of action.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Agreed Motion for Change of Venue to the U.S. District Court for the Western District of Washington (Ct. Rec. 6) is **GRANTED**.

2. The above-captioned cause of action is **TRANSFERRED** to the United States District Court for the Western District of Washington.

///

///

///

**ORDER GRANTING AGREED MOTION FOR CHANGE OF VENUE TO THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to counsel and the District Court Clerk for the Western
3  District of Washington.
4        **DATED** this 30th day of October, 2006.
5                                        *s/ Robert H. Whaley*
6                                    ROBERT H. WHALEY
7                           Chief United States District Judge

11  Q:\CIVIL\2006\Lucero\venue.wpd

**ORDER GRANTING AGREED MOTION FOR CHANGE OF VENUE TO THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON ~ 2**